UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Hisham Deeb | Civil Action No. 07-169 |
| versus | Judge Tucker L. Melançon |
| Alberto Gonzales; et al | Magistrate Judge C. Michael Hill |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. Plaintiff submits that he has no objection to the Government's Motion to Dismiss as he has been removed from the United States, rendering these proceedings moot [Rec. Doc. 21]. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein [Rec. Doc. 20]. Therefore, it is

**ORDERED** that the Respondents' Motion to Dismiss [Doc. 18] is **GRANTED** and accordingly, this petition is **DENIED AND DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in Lafayette, Louisiana, on this 10th day of April, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE